

**555 EAST OCEAN BOULEVARD, SUITE 501**
**LONG BEACH, CALIFORNIA**
**90802 U.S.A.**
**voice (562) 495-9501**
**fax (562) 495-3674**

IN NEVADA:
9268  DAMES ROCK PLACE
LAS VEGAS, NEVADA
89148  U.S.A.
voice (702) 315-5300

IN NEW YORK:
133 WEST 72ND STREET
NEW YORK, NEW YORK
10023 U.S.A.
voice (212) 945-9501
fax (212) 945-3677

PLEASE RESPOND TO:   LONG BEACH

December 18, 2014

Honorable Joseph C. Spero
United States Magistrate Judge
Northern District of California
PHILLIP BURTON FEDERAL BUILDING &
UNITED STATES COURTHOUSE
450 Golden Gate Avenue
San Francisco, California 94102

RE:   **AGCS Marine Insurance Company v.**
      **Harrison Trucking, Inc.**
      Case No.: 3:14-cv-04452-JCS
      Case Management Conference Date:
      January 16, 2015
      Time:  2:00 p.m.
      Subject: Plaintiff's Request to Appear
      Telephonically at Case Management
      Conference
      CLG Ref: 0562.14.IMPS.3304

Dear Judge Spero:

      This office is counsel for Plaintiff, AGCS Marine Insurance Company, in the above-referenced matter.  The undersigned seeks permission to appear telephonically at the Case Management Conference on calendar for January 16, 2015 at 2:00 p.m. I am lead trial counsel and based on Long Beach, California.  My telephone number is (562) 495-9501.

IT IS HEREBY ORDERED THAT counsel
shall be on phone standby and await the Court's
call.

Dated: 12/22/14

DAC:mk
3304court re telephoni [...] 8.14.wpd

pc: Defense counsel

Respectfully submitted,

s/Dennis A. Cammarano

Dennis A. Cammarano
CAMMARANO LAW GROUP

IT IS SO ORDERED
AS MODIFIED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA