John B. Larson*

Daniel K. Gaston

Victor J. Cosentino

Gloria G. Medel

Yasmine Hussein

———————

All attorneys licensed in California.

*Also licensed in Utah.
REPLY TO:   California Office

**LARSON & GASTON, LLP**

CALIFORNIA OFFICE
200 South Los Robles Ave., Suite 530
Pasadena, CA 91101
Tel: 626.795.6001
Fax: 626.795.0016

UTAH OFFICE
4001 South 700 East, Suite 500
Salt Lake City, UT 84107
Tel: 801.337.3936

Toll Free: 866.455.3842
www.larsongaston.com

January 6, 2015

Honorable Joseph C. Spero
United States Magistrate Judge
Northern District of Califonria
PHILLIP BURTON FEDERAL BUILDING &
UNITED STATES COURTHOUSE
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *AGCS Marine Insurance Company v. Harrison Trucking, Inc.*
      Case No.: 3:14-cv-04452-JCS
      Case Management Conference Date: January 16, 2015
      Time: 2:00 p.m.
      Subject: Defendant, Harrison Trucking, Inc.'s Request to Appear Telephonically at Case Management Conference
      Our File No. 4542

Dear Judge Sparo:

This office is counsel for Defendant, Harrison Trucking, Inc., in the above-referenced matter. The undersigned seeks permission to appear telephonically at the Case Management Conference on calendar for January 16, 2015, at 2:00 p.m. I am lead trial counsel and based out of Pasadena, California. My telephone number is (626)795-6001.

IT IS HEREBY ORDERED that Mr. Larson shall be on phone standby and await the Court's call.
Dated: 1/6/15

Respectfully submitted,

/s/ John B. Larson

John B. Larson, Esq.
LARSON & GASTON, LLP

JBL:ea
cc: Dennis A. Cammarano

